```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 05673
   LOLA V GRAY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4422


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/17/2006 and was confirmed 07/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         1948.79          .00       527.01
RX ACQUISITIONS LLC       UNSECURED         2246.55          .00       607.54
CAPITAL ONE               UNSECURED         2044.01          .00       552.77
CAPITAL ONE               UNSECURED          585.19          .00       147.81
CHILDREN PLACE            UNSECURED       NOT FILED          .00          .00
RECOVERY MANAGEMENT SYST  UNSECURED          623.05          .00       157.38
ECAST SETTLEMENT CORP     UNSECURED          486.14          .00       122.79
ECAST SETTLEMENT CORP     UNSECURED         2062.88          .00       557.88
ECAST SETTLEMENT CORP     UNSECURED          511.38          .00       129.16
MARSHALL FIELDS           UNSECURED         2294.71          .00       620.57
ECAST SETTLEMENT CORP     UNSECURED         3175.94          .00       858.89
MERRICK BANK              UNSECURED         2536.76          .00       686.02
COLUMBUS BANK & TRUST     UNSECURED       NOT FILED          .00          .00
THE HOME DEPOT/ CBUSA     UNSECURED       NOT FILED          .00          .00
ROUNDUP FUNDING LLC       UNSECURED          256.85          .00        55.74
RESURGENT CAPITAL SERVIC  UNSECURED         3439.84          .00       930.26
GOTTLIEB MEMORIAL         UNSECURED          128.75          .00        32.52
CAPITAL ONE               UNSECURED         1531.84          .00       414.26
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED          .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,435.25                  3,435.25
TOM VAUGHN                TRUSTEE                                      649.42
DEBTOR REFUND             REFUND                                        60.19

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 10,545.46

PRIORITY                                         .00
SECURED                                          .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 05673 LOLA V GRAY

```
UNSECURED                                                   6,400.60
ADMINISTRATIVE                                              3,435.25
TRUSTEE COMPENSATION                                          649.42
DEBTOR REFUND                                                  60.19
                                        ----------------    ----------------
TOTALS                                       10,545.46           10,545.46
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE